UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. AGUILAR, | : | |
| Plaintiff | : | No. 1:14-CV-02163 |
| vs. | : | (Judge Kane) |
| WARDEN J. MOTTER, et al., | : | |
| Defendants | : | |

## ORDER

**AND, NOW**, this 30th day of September, 2015, **IT IS HEREBY ORDERED THAT:**

1. The complaint filed by David J. Aguilar on November 12, 2014, is dismissed for failure to prosecute and abide by a court order.

2. The Clerk of Court shall close this case.

                     S/ Yvette Kane
                     Yvette Kane
                     United States District Judge